UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN F. AUSLER,<br><br>        Petitioner,<br><br>  vs.<br><br>SCOTT FRAKES,<br><br>        Respondent. | NO. CV-06-0266-EFS<br><br>**ORDER GRANTING MOTION TO VOLUNTARILY DISMISS PETITION** |

    BEFORE THE COURT is Petitioner's letter requesting he be allowed to withdraw his Petition without prejudice (Ct. Rec. 19). Because Petitioner is proceeding *pro se*, the Court liberally construes the letter as a Motion to Voluntarily Dismiss Petition. Petitioner, a prisoner at the Coyote Ridge Corrections Center, is proceeding *in forma pauperis;* Respondent has not been served. Accordingly, **IT IS ORDERED** Petitioner's Motion **(Ct. Rec. 19)** is **GRANTED** and the Petition is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a). The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner, and close the file.

    **DATED** this    15th    day of December 2006.


                                    S/ Edward F. Shea
                                    EDWARD F. SHEA
                        UNITED STATES DISTRICT JUDGE

Q:\Civil\2006\6cv266efs-12-14vdishc.wpd

ORDER GRANTING MOTION TO VOLUNTARILY DISMISS PETITION -- 1