AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOHN F. AUSLER,

        Petitioner,

        v.

SCOTT FRAKES,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-06-266-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Petition is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a).

December 15, 2006            JAMES R. LARSEN
*Date*                               *Clerk*
                                      s/ Virginia Reisenauer
                                      *(By) Deputy Clerk*
                                      Virginia Reisenauer